UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-78-T-24TBM

STANLEY COLLINS

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $149,885.00 in U.S. currency.

Being fully advised in the premises, the Court finds that on May 11, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Collins in the currency. Doc. 61.

The Court further finds that the forfeiture of the currency was included in the Judgment in a Criminal Case. Docs. 78 and 81.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from May 15, 2012 through June 13, 2012. Doc. 66. The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than defendant Collins, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the currency. No third party has filed a petition or claimed an interest in the currency, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the currency is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the currency is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 17th day of September, 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE