UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 8:12-cr-78-T-24TBM

**STANLEY COLLINS**
_____/

O R D E R

This cause came on for consideration of the Defendant's pro se motion styled "Motion for Return of Property, Motion to Receive Transcripts, Motion Challenging Jurisdiction" (D-115), and the Government's response in opposition thereto (D-118).

Defendant seeks the return of $151,800 in U.S. currency and a watch. He also seeks copies of his trial and sentencing transcripts. Defendant claims that the Indictment was defective in that the federal drug statues are unconstitutional. Finally, Defendant challenges the Court's refusal to hold an evidentiary hearing with respect to Defendant's motion relating to newly discovered evidence prior to his sentencing.

Defendant is not entitled to any of the relief he requests. As the Government points out, the Court ordered

$149,885 in U.S. currency seized and forfeited. (See D-61, 86.) The forfeiture was included in the Judgment in a Criminal Case, and Defendant did not appeal the forfeiture.

With regard to his request for transcripts, Defendant should contact his appellate counsel to obtain copies of trial and sentencing transcripts.

Defendant's attack on the Indictment is vague and without legal merit. Finally, on appeal, the Eleventh Circuit found this Court did not abuse its discretion in denying Defendant an evidentiary hearing. (D-117.) Defendant cannot now re-litigate the issue before this Court.

IT IS THEREFORE ORDERED that:

(1) Defendant's pro se Motion for Return of Property, Motion to Receive Transcripts, Motion Challenging Jurisdiction (D-115) is DENIED.

DONE AND ORDERED in Tampa, Florida, this 8th day of July, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE